**U.S. Department of Justice**
United States Marshals Service

FILED
JAN 03 2025

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

| PLAINTIFF | | COURT CASE NUMBER |
|---|---|---|
| UNITED STATES OF AMERICA | U.S. DISTRICT COURT EASTERN DISTRICT OF MO ST. LOUIS | 4:24CV01714 HEA |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $1,000,000.00 in Funds Voluntarily Turned Over by Blackforest Real Estate | Complaint & Warrant |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
$1,000,000.00 in Funds Voluntarily Turned Over by Blackforest Real Estate
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Asset Forfeiture
Office of the U.S. Attorney
111 S. Tenth Street, 20th Floor
St. Louis, MO 63102

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):
20-DEA-674290
2F

Signature of Attorney other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT
/s/ Stephen Casey
TELEPHONE NUMBER: 314-539-3891
DATE: 1/2/2025

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 44 | District to Serve No. 44 | Signature of Authorized USMS Deputy or Clerk: C Rongey | Date: 1/2/2025 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [X] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: X
Time: [ ] am [ ] pm
Address (complete only different than shown above)
Signature of U.S. Marshal or Deputy: D. Floyd

| Service Fee: $65 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges: $65 $0.00 | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*): $65 |

REMARKS

2/5/2021 - USMS CUSTODY
1/2/2025 - Complaint + Warrant Served On Asset

Form USM-285
Rev. 11/18
PRIOR VERSIONS OF THIS FORM ARE OBSOLETE