UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:24CV01714 HEA |
| | ) |
| $4,000,000.00 IN FUNDS VOLUNTARILY TURNED OVER FOR SEIZURE BY BLACKFOREST REAL ESTATE ADVISORS LLC; et al. | ) ) ) ) ) ) |
| Defendants. | ) |

## GOVERNMENT'S ENTRY OF APPEARANCE

Comes now the United States of America, by and through its attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and James C. Delworth, Assistant United States Attorney for said District, and hereby enter their appearance as an attorney for the plaintiff, United States of America.

Dated:     October 14, 2025

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

 /s/ James C. Delworth
JAMES C. DELWORTH, #29702MO
Assistant United States Attorney
111 South 10th Street, Suite 20.333
Saint Louis, Missouri 63102
Telephone:     (314) 539-2200