UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:24CV01714 HEA |
| ) | |
| $4,000,000.00 IN FUNDS ) | |
| VOLUNTARILY TURNED OVER FOR ) | |
| SEIZURE BY BLACKFOREST ) | |
| REAL ESTATE ADVISORS LLC; ) | |
| ) | |
| $3,000,000.00 IN FUNDS ) | |
| VOLUNTARILY TURNED OVER FOR ) | |
| SEIZURE BY BLACKFOREST REAL ) | |
| ESTATE ADVISORS LLC; AND ) | |
| ) | |
| $1,000,000 IN FUNDS VOLUNTARILY ) | |
| TURNED OVER FOR SEIZURE BY ) | |
| BLACKFOREST REAL ESTATE ) | |
| ADVISORS LLC, ) | |
| ) | |
| Defendants. ) | |

**STATUS REPORT TO THE COURT**

The United States responds to the Court as ordered by stating the following:

1. On December 23, 2024, Plaintiff filed its Verified Complaint for Forfeiture against the Defendant Property. (Doc. #1). On March 3, 2025, Nervis Villalobos filed a claim to the Defendant Property. (Doc. #7). Villalobos is the only claimant in this case. On April 7, 2025, Claimant moved to dismiss Plaintiff's Verified Complaint for Forfeiture. (Doc. #15). Plaintiff's responses, by extension granted by the Court, were due on May 19, 2025. (Doc. #18).

2. In the interim, Plaintiff and Claimant reached a settlement in principle related to the Defendant Property that would entail a return of a portion of the Defendant Property to

Claimant. However, the settlement needed to go through Plaintiff's internal approval process, which includes approval by the Deputy Attorney General's office.

3. On May 19, 2025, Plaintiff, with consent of Claimant, moved the Court to stay all proceedings in the matter to secure the necessary approvals for the settlement. (Doc. #19). On May 27, 2025, the Court granted that request and ordered the parties to provide a status report to the Court. (Doc. #20).

4. On October 14, 2025 and December 13, 2025, Plaintiff filed its response to the Court, and further stated that the Government would provide another status report within 60 days, which would be up to and including December 13, 2025.

5. Accordingly, Plaintiff reports to the Court that the matter is still making its way through the approval process in Washington D.C. The settlement has received an initial recommendation to be granted by the Chief of Money Laundering, Narcotics and Forfeiture Section (MNF) (formerly known as the Money Laundering and Asset Forfeiture Section ("MLARS")) that handles judicial forfeiture matters. The settlement is now pending review by the Office of the Assistant Attorney General for the Criminal Division (the "AAG"). The process will take additional time for review, as there are still other matters for review by the AAG. Subsequent to its review, the Plaintiff anticipates it will then be forwarded to the Deputy Attorney General's office for final approval.

6. Plaintiff asks the Court to maintain the stay and further suggests the Court require Plaintiff to provide another status report within 60 days.

          Respectfully submitted,

          THOMAS C. ALBUS
          United States Attorney

                */s/ James C. Delworth*
                JAMES C. DELWORTH, #29702MO
                Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 11, 2025, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record for

                */s/ James C. Delworth*
                James C. Delworth
                Assistant United States Attorney